NUMBER 13-03-097-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


ERNESTO P. HINOJOSA, JR., Appellant,


v.



BILLY PARKS, INDIVIDUALLY AND IN 

HIS OFFICIAL CAPACITY, Appellee.

____________________________________________________________________


On appeal from the 36th District Court


of San Patricio County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, ERNESTO P. HINOJOSA, JR., perfected an appeal from a judgment
entered by the 36th District Court of San Patricio County, Texas, in cause number S-01-5628CV-A. The clerk's record was filed on March 10, 2003. No reporter's record
was filed. Appellant's brief was due on May 20, 2003. To date, no appellate brief has
been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may
dismiss the appeal for want of prosecution, unless the appellant reasonably explains the
failure and the appellee is not significantly injured by the appellant's failure to timely file
a brief. Tex. R. App. P. 38.8(a)(1).

 On September 26, 2003, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Opinion delivered and filed

this 6th day of November, 2003